1  SUZANNE M. TRIMBLE   SBN 72969
   TRIMBLE, HOBSON & VARANINI
2  2500 Venture Oaks Way, Suite 350
   Sacramento, California 95833-4222
3  Telephone: (916) 444-8271
   Facsimile: (916) 443-7372
4



FILED

SEP 1 3 2013

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
     DEPUTY CLERK

5  Attorneys for Defendants Reginald Hill, in personam;
   and the 2000 Sea Ray Sundancer, Hull No. SERA1292K900,
6  its engines, tackle, apparel, furniture, and appurtenances, in rem

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| BELINDA BOUGHTON, | CASE NO.2:13-CV-00757-JAM-KLN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| REGINALD HILL, in personam; and the 2000 Sea Ray Sundancer, Hull No. SERA1292K900, its engines, tackle, apparel, furniture, and appuirtenances, in rem, | |
| Defendants. | |

Plaintiff BELINDA BOUGHTON ("Plaintiff") by and through her counsel of record hereby requests that the above-captioned case be dismissed with prejudice. Defendants REGINALD HILL, in personam; and the 2000 Sea Ray Sundancer, Hull No. SERA1292K900, its engines, tackle, apparel, furniture, and appurtenances, in rem, by and through their counsel of record, and in exchange for Plaintiff's agreement to dismiss this case with prejudice, hereby waive any recoverable costs and fees.

///

///

///

Stipulation of Dismisal and [Proposed] Order                         1

Dated: 9/11, 2013

BRODSKY MICKLOW BULL & WEISS LLP

BY: Kurt Micklow
Attorneys for Plaintiff
384 Embarcadero West, Suite 200
Oakland, CA 94607-3704
kmicklow@bmbwlawfirm.com
(510) 268-6180

Dated: September 5, 2013

TRIMBLE, HOBSON & VARANINI

BY: Suzanne M. Trimble
Attorneys for Defendants
2500 Venture Oaks Way, Suite 350
Sacramento, CA 95833
strimble@tsvlaw.com
(916) 444-8271

## [PROPOSED] ORDER

Good cause appearing, it is hereby ORDERED:

(1) The above-captioned action shall be dismissed with prejudice; and

(2) Plaintiff and Defendants will bear their own respective fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk shall close the file.

Dated: 9-13-2013

Hon. John A. Mendez, U.S. Dist. Court Judge

Stipulation of Dismisal and [Proposed] Order

2