Case 2:13-cv-00757-JAM-KJN   Document 12   Filed 09/16/13   Page 1 of 2

SUZANNE M. TRIMBLE  SBN 72969
TRIMBLE, HOBSON & VARANINI
2500 Venture Oaks Way, Suite 350
Sacramento, California 95833-4222
Telephone: (916) 444-8271
Facsimile: (916) 443-7372



FILED
SEP 1 3 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Defendants Reginald Hill, *in personam*; and the 2000 Sea Ray Sundancer, Hull No. SERA1292K900, its engines, tackle, apparel, furniture, and appurtenances, *in rem*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA BOUGHTON, | CASE NO.2:13-CV-00757-JAM-KLN |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| REGINALD HILL, *in personam*; and the 2000 Sea Ray Sundancer, Hull No. SERA1292K900, its engines, tackle, apparel, furniture, and appuirtenances, *in rem*, | |
| Defendants. | |

Plaintiff BELINDA BOUGHTON ("Plaintiff") by and through her counsel of record hereby requests that the above-captioned case be dismissed with prejudice. Defendants REGINALD HILL, *in personam*; and the 2000 Sea Ray Sundancer, Hull No. SERA1292K900, its engines, tackle, apparel, furniture, and appurtenances, *in rem*, by and through their counsel of record, and in exchange for Plaintiff's agreement to dismiss this case with prejudice, hereby waive any recoverable costs and fees.

///
///
///

Stipulation of Dismisal and [Proposed] Order

1

Dated: 9/11, 2013

BRODSKY MICKLOW BULL & WEISS LLP

BY: Kurt Micklow
Attorneys for Plaintiff
384 Embarcadero West, Suite 200
Oakland, CA 94607-3704
kmicklow@bmbwlawfirm.com
(510) 268-6180

Dated: September 5, 2013

TRIMBLE, HOBSON & VARANINI

BY: Suzanne M. Trimble
Attorneys for Defendants
2500 Venture Oaks Way, Suite 350
Sacramento, CA 95833
strimble@tsvlaw.com
(916) 444-8271

## [PROPOSED] ORDER

Good cause appearing, it is hereby ORDERED:

(1) The above-captioned action shall be dismissed with prejudice; and

(2) Plaintiff and Defendants will bear their own respective fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk shall close the file.

Dated: 9-13-2013

Hon. John A. Mendez, U.S. Dist. Court Judge